No. 67777.—Omochaya and American Customs Brokerage Co. v. United States, protests 61/24763 and 62/1277 (Honolulu).

Opinion by DONLON, J. In accordance with oral stipulation of counsel, the merchandise was held dutiable as follows: The items referred to in the invoices as M–1 and M–2, teapots; M–11, sugar bowls; and M–12, creamers, at 10 cents per dozen pieces and 25 percent ad valorem; the items referred to as M–3, M–4, M–4–D, M–4–E, and M–4–F, cups, at 10 cents per dozen pieces and 20 percent ad valorem; and the items referred to as M–13, beer mugs, at 10 cents per dozen pieces and 30 percent ad valorem, as claimed.

No. 67778.—S. Hata Co., Ltd., and American Customs Brokerage Co. v. United States, protest 61/24764, etc. (Honolulu).

Opinion by DONLON, J. In accordance with oral stipulation of counsel, the merchandise was held dutiable as follows: The items referred to in the invoices as S–1, S–2, S–3, S–4, and S–5, cups, at 10 cents per dozen pieces and 20 percent ad valorem; the items referred to as S–10, teapots; S–11, sugar bowls; S–12, creamers; S–14, wine cups; S–29, mugs; and S–37, kettles for teapots, at 10 cents per dozen pieces and 25 percent ad valorem; and the items referred to as S–13, wine bottles, and S–17, ashtrays, at 10 cents per dozen pieces and 30 percent ad valorem, as claimed.